Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

No. 64327.—Western European Import Co. v. United States, protest 59/26206 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in Wm. S. Pitcairn Corp. v. United States (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 64328.—Swift & Company, by: C. J. Tower & Sons et al. v. United States, protests 235715–K, etc. (Buffalo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of C. J. Tower & Sons v. United States (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

No. 64329.—Swift & Company v. United States, protests 257677–K, etc. (Buffalo)

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of C. J. Tower & Sons v. United States (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64330.—C. J. Tower & Sons v. United States, protests 257682–K, etc. (Buffalo).